AO 245D (Rev. 9/00) - Judgment in a Criminal Case for Revocation

# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DENISHA WILLIS | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-00-00531-001 SI<br>BOP Case Number: DCAN3001CR000531-001<br>USM Number:       95835-011<br>Defendant's Attorney : Elizabeth Falk |

**THE DEFENDANT:**
[x]   admitted guilt to violation of condition(s) <u>see below</u> of the term of supervision.
[ ]   was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| One | Failure to pay Restitution | |
| Two | Failure to Submit Written Report to Probation | 7/05 to current |
| Three | Failure to Notify Probation within 10 Days of Change of Residence or Employment | 10/05 to current |
| Five | Committed Another Federal, State or Local Crime | 9/05 |
| Six | Failure to Notify Probation within 72 hours of Being Arrested | 9/05 |
| Seven | Failure to Follow the Probation Officer's Instructions | 4/06 |
| Eight | Failure to Inform Employers of her Criminal Record | 2/05 |
| Nine | Failure to Notify Probation within 10 Days of Changes of Residence or Employment | 7/05 |
| Ten | Failure to Notify Probation within 10 Days of Change of Residence or Employment | 10/05 |

   The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

AO 245D (Rev. 9/00) - Judgment in a Criminal Case for Revocation

[ ]    The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

     IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:

Defendant's Date of Birth:

Defendant's USM No.:

Defendant's Residence Address:

Defendant's Mailing Address:

November 30, 2007
Date of Imposition of Judgment

*Susan Illston* (signature)
Signature of Judicial Officer

Honorable Susan Illston, U. S. District Judge
Name & Title of Judicial Officer

12/5/07
Date

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

DEFENDANT: DENISHA WILLIS  
CASE NUMBER: CR-001-00531-001 SI

Judgment - Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 6 months .
No term of supervision shall follow her release from custody.
Restitution previously ordered remains due.

[ ]  The Court makes the following recommendations to the Bureau of Prisons:

[**x**]  The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]  The defendant shall surrender to the United States Marshal for this district.

   [ ] at ___ [] am [] pm on ___.
   [ ] as notified by the United States Marshal.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] before 2:00 pm on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

Deputy United States Marshal